

U8 CIV 9859

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

EVERGLADES SHIPPING CORP.,                  :

              Plaintiff,                                      :          08 Civ. _____

                              :

- against -                                                 :

SHREE LAXMI TRADING CORPORATION  :
EXPORTS (INDIA), a/k/a                               :
SHREE LAXMI TRADING CORP. EXPORTS :
(INDIA) MUMBAI, or SHREE LAXMI           :
TRADING EXPORTS (INDIA),                       :

              Defendant.                                    :

-------------------------------------------------------------- X

ECF CASE

RECEIVED
NOV 1 4 2008
U.S.D.C. S.D. N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

NONE.

Dated: November 14, 2008
      New York, NY

                    The Plaintiff,
                    EVERGLADES SHIPPING CORP.

                    By: _____
                    Patrick F. Lennon
                    Nancy R. Siegel
                    LENNON, MURPHY & LENNON, LLC
                    420 Lexington Ave., Suite 300
                    New York, NY 10170
                    (212) 490-6050 – phone
                    (212) 490-6070 – fax
                    pfl@lenmur.com
                    nrs@lenmur.com